# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>MURRAY JOE JONES<br><br>TERESA ANN JONES<br><br>Debtor(s) | Case No. 24-10362<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 29, 2024.

2. The debtor(s) §341 Meeting of Creditors was held May 14, 2024.

3. The debtor(s) overall pay record is 74%.

- The debtor(s) has/have filed an objection to claim. Feasibility of the debtor(s)' plan cannot be determined until the objection to claim has been resolved.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this May 28, 2024.

                                                     Sabrina L. McKinney
                                                    Chapter 13 Trustee

                                          By: /s/*Tina J. Hayes*
                                                    Tina J. Hayes
                                                    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: hayest@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this May 28, 2024.

**by CM/ECF:**
Danielle K. Greco, Bankruptcy Administrator
BENTON H PERSONS

**by First Class Mail, postage prepaid:**
MURRAY JOE JONES
TERESA ANN JONES
2378 RANCH LN
RED LEVEL, AL  36474

By: /s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney
ASB-9847-C32H
Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: 334-262-8599
email: hayest@ch13mdal.org